JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

VITALI RAZHKO,

*Petitioner*,

v.

DAVID A. MARIN, *et al*.,

*Respondents*.

No. 2:26-cv-06943-ACCV

**ORDER**

In accordance with the parties' Joint Stipulation for Dismissal (Dkt. 14), and good cause appearing therefor, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATE: 09/21/2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge